844

No. 362. COHEN v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Eugene Gressman* for petitioner.

No. 364. BELL, ADMINISTRATRIX v. TUG SHRIKE ET AL. C. A. 4th Cir. Certiorari denied. *Sidney H. Kelsey* for petitioner. *R. Arthur Jett* for respondents.

No. 367. AMP INC. v. BURNDY CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Truman S. Safford* and *William J. Keating* for petitioner. *Morris Relson, Daniel Gersen* and *George M. Szabad* for respondents.

No. 379. BOARD OF SCHOOL COMMISSIONERS OF MO-BILE COUNTY ET AL. v. DAVIS ET AL. C. A. 5th Cir. Certiorari denied. *George F. Wood* and *Palmer Pillans* for petitioners.

No. 385. GROSSMAN ET VIR v. STUBBS ET AL. Supreme Court of New Jersey. Certiorari denied. Petitioners *pro se*. *P. Joseph Marley* for respondents.

No. 394. MENDO WOOD PRODUCTS, INC. v. MULDER ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. *John T. Casey* and *James F. Kemp* for petitioner. *David L. Luce* for respondents.

No. 169. COWLES MAGAZINES & BROADCASTING, INC. v. CEPEDA. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. *William K. Coblentz* for petitioner.